IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Kristina M. Allen,

       Plaintiff,                                          Civil No. 08-276-JE

       v.                                             **JUDGMENT**

Commissioner Social Security Administration

       Defendant.

Based on the Opinion and Order (#36), filed 9/30/2009, the final decision of the Commissioner is hereby **AFFIRMED**. This action is **DISMISSED**.

Dated this 30th day of September, 2009.

                                                    /s/ John Jelderks
                                                    John Jelderks
                                                    United States Magistrate Judge

Page 1 - JUDGMENT